UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



APR 6 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>     Plaintiff-Appellee,<br><br>  v.<br><br>QUARTZBURG GOLD LP; IDAHO STATE REGIONAL CENTER LLC,<br><br>     Defendants-Appellees,<br><br><br>  v,<br><br><br>YING LIN; YUN HUANG,<br><br>     Defendants-Appellants,<br><br> and<br><br>YUNTIAN DENG; et al.,<br><br>     Defendants. | No.   22-35146<br>PRO BONO<br><br>D.C. No. 2:20-cv-00993-RSM<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Pursuant to this court's June 17, 2022 order, Andrew Erickson, Esq., is

hereby appointed to represent appellants Ying Lin and Yun Huang for purposes of

this appeal only.  The Clerk will amend the docket to reflect that Andrew Erickson,

Esq., Landye Bennett Blumstein, LLP, 701 W 8th Avenue, Suite 1100, Anchorage,

KD/Pro Bono

AK 99501, Email: andye@lbblawyers.com, is pro bono counsel of record for appellants Ying Lin and Yun Huang.

Briefing will proceed as follows: the opening brief is due June 30, 2023; the answering brief is due July 31, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk will serve a copy of this order on appellants Ying Lin and Yun Huang, individually.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Katie de la Serna
Deputy Clerk
Ninth Circuit Rule 27-7