

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

January 16, 2024

| | |
|---|---|
| No.: | 22-35146 |
| D.C. No.: | 2:20-cv-00993-RSM |
| Short Title: | U.S. Bank National Association v. Quartzburg Gold LP, et al |

## TRAVEL AUTHORIZATION

**Authorization Number: 22-35146.03282024**
**Voucher ID: Pro Bono, Andrew Erickson**
**Purpose of travel: Oral Hearing in Seattle**
**Oral Hearing Date: 03/28/2024**

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your representation under the Ninth Circuit Pro Bono Program. Unless you are a participating law school clinic, only ONE pro bono attorney per case is authorized to incur or request reimbursement for travel costs, even though each pro bono counsel of record will receive an authorization letter.

As noted in the notice of hearing, absent further order of the court, if the court does determine that oral argument is required in this case, you will have the option to appear in person at the Courthouse or remotely by video. At this time, an election to appear remotely by video will not require a motion. The court expects and supports the fact that some attorneys and some judges will continue to appear remotely.

Unless you are traveling from outside the Circuit, you are authorized to contact National Travel Service (NTS) at 1-800-445-0668 to request airline tickets and hotel reservations. You must provide NTS with your authorization number and you must identify yourself as a Pro Bono Attorney for the Ninth Circuit Court of Appeals and advise NTS that your tickets will be charged to the Court's main account. You may instruct NTS where to deliver your tickets. NTS will confirm

the travel request with Ninth Circuit staff. Out-of-circuit attorneys must make their own travel arrangements and their airfare is not reimbursable.

Flight
The Court strongly recommends that you limit travel to the dates authorized. If you are considering extending your travel to incorporate personal travel into this trip, you must use a personal credit or debit card to pay for your flights; only *official* travel may be booked using a government travel account.

You must complete a constructive cost analysis prior to submitting a reimbursement request for airline tickets that incorporate personal travel, and you will not be reimbursed for any part of your ticket if the scheduled hearing is changed or canceled for any reason.

How to cost justify a flight purchased using your own credit card:

1. Document the flight costs at government rate for official travel days as noted above (obtained from National Travel Service)
2. Document the flight costs for your alternative flight
3. Submit all documents showing the price variance
    a. If the alternative flight is LESS than the official flights, you will be reimbursed up to the actual cost of the lesser flight.
    b. If the alternative flight is MORE than the official flights, then the balance will be an out-of-pocket expense to you. You MUST deduct the variance from the total amount of expenses claimed on your Reimbursement Request Form.

You WILL NOT be charged for the flight reservation (unless you use your personal credit card as discussed above for trips incorporating personal travel), and therefore your flight is not subject to reimbursement. This is a direct charge to the Court's account and can be changed/canceled if needed. Tickets are fully refundable and if unused must be returned to NTS.

Lodging / Meals and Incidental Expenses (M&IE)
Reservations can be made through National Travel or on your own but either way you will pay for lodging and meals yourself and seek reimbursement later. Reimbursement for lodging will be up to the rate established for Seattle plus taxes and fees. *See* http://www.gsa.gov/portal/content/104877 for applicable per diem rates. A receipt is REQUIRED for reimbursement. Limited exceptions to the per diem rates can be made if the government rate is not available anywhere in the location, but justification must be documented. Reimbursement for subsistence will be based on actual costs for your own meals only (receipts required). Reimbursement will only be made for official travel days. Days prior or after are at your expense. *Please note some locations have fluctuating, seasonal rates.*

Transportation

You are expected to use common carriers for local transportation (i.e. subway, bus, taxi, Uber/Lyft). Rental cars are not authorized. If a rental car is required, a written justification must be submitted and approved in advance of the travel dates. For any transportation expenses greater than $50.00, you must have a receipt to obtain reimbursement.

If using a personal vehicle to travel, mileage will be reimbursed up to the established GSA rate (http://www.gsa.gov/portal/content/100715).

A reimbursement request for travel expenses must include all receipts.

Additional resources and the reimbursement request form are available on the Ninth Circuit's public website: http://cdn.ca9.uscourts.gov/datastore/uploads/probono/Form%20-%20Expense%20Reimbursement%20Request.pdf

If you have additional questions regarding flights or travel requirements, please email the Clerk at ca09public_information@ca9.uscourts.gov or call (415) 355-8000 and select 0.